UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61427-CIV-LENARD/GARBER

**CATHY CARR-FOREMAN,**

   Plaintiff,
vs.

**ASSET ACCEPTANCE, LLC**

   Defendant.
_____/

**FINAL JUDGMENT**

  **THIS CAUSE** is before the Court on Plaintiff Cathy Carr-Foreman's Notice of Acceptance of Rule 68 Offer of Judgment of Defendant Asset Acceptance, LLC ("Notice," D.E. 26), filed on December 1, 2009, and Plaintiff's Motion for Entry of Final Judgment ("Motion," D.E. 27), filed on December 1, 2009.  Defendant's Offer of Judgment ("Offer," D.E. 26-1), provides that Defendant will pay Plaintiff $2,502, plus "reasonable attorney's fees and costs as determined to be recoverable by the Court related to the FDCPA claim."  The Offer further provides that "Defendant stipulates that Plaintiff is entitled to recover the reasonable fees and costs that are determined to be recoverable by this Court," and "[t]his offer is further made with the condition that Plaintiff stipulates to provide a completed and signed W-9 form for purposes of payment of the offer."  (Id. at 3.)  On December 1, 2009, Defendant filed its Response to Plaintiff's Motion ("Response," D.E. 28), stating that "judgment should not be entered against Defendant in this matter until Plaintiff complies with the terms of the offer by providing the completed and signed W-9 form, and until such

time as this Court determines Plaintiff's attorney's fees and costs to be awarded as part of the Offer of Judgment."  The same day, Plaintiff filed her reply ("Reply," D.E. 29), requesting the Court enter judgment and reserve jurisdiction as to the issue of attorney's fees and costs.  Plaintiff's Reply also attaches her executed W-9 form.  (Id.)

Pursuant to Federal Rule of Civil Procedure 68(a), once a party has filed "the offer and notice of acceptance, plus proof of service," judgment must be entered.  Fed. R. Civ. P. 68(a).  More specifically, "[a]n offer of judgment, as contemplated by Rule 68, requires that a judgment be entered in favor of the offeree."  Menchise v. Senterfitt, 532 F.3d 1146, 1152-1153 (11th Cir. 2008).  Here, it is clear that the Offer of Judgment by Defendant Asset Acceptance, LLC is made in accordance with Federal Rule of Civil Procedure 68.  Further, all appropriate documents have been filed.  Accordingly, it is:

**ORDERED and ADJUDGED** that Plaintiff's Motion for Entry of Final Judgment is **GRANTED** and judgment is hereby entered in favor of Plaintiff Cathy Carr-Foreman and against Defendant Asset Acceptance, LLC, in the amount of **two-thousand five-hundred and two dollars ($2,502.00)**, for which sum let execution issue.  Because Defendant's Offer of Judgment also "stipulates that Plaintiff is entitled to recover the reasonable fees and costs that are determined to be recoverable by this Court," it is further

**ORDERED AND ADJUDGED** that upon the filing of an appropriate motion and affidavit(s) within thirty (30) days of the date of this Order, the Court may enter an amended final judgment with regard to reasonable court costs and attorney's fees; and it is further

**ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant Asset

Acceptance, LLC, are hereby **DISMISSED WITH PREJUDICE** and this case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of December, 2009.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**