UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61427-Civ-Lenard/Garber

CATHY CARR-FOREMAN,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT REGARDING PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS

Plaintiff, Cathy Carr-Foreman, gives notice that the parties have amicably resolved the matter of Plaintiff's attorney fees and costs.

        Respectfully submitted,

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Fort Lauderdale, Florida 33339
        Telephone: (954) 537-2000
        Facsimile: (954) 566-2235
        donyarbrough@mindspring.com

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61427-Civ-Lenard/Garber

CATHY CARR-FOREMAN,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 21, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Post Office Box 569009
Miami, FL 33256-9009
Telephone: 305-358-7747
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF