UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61427-Civ-Lenard/Garber

CATHY CARR-FOREMAN,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC,

    Defendant.

_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Final Judgment (DE 30) entered December 8, 2009 against, Asset Acceptance, LLC, acknowledges that full payment thereof has been received and the Judgment is satisfied. The matter of Plaintiff's attorney fees and costs is not resolved by this Satisfaction.

_____
Cathy Carr-Foreman

STATE OF FLORIDA    )
                                    ss:
COUNTY OF BROWARD  )

The foregoing Satisfaction of Judgment was acknowledged before me this  14  day of  December , 2009 by Cathy Carr-Foreman, who is personally known to me or who produced  Florida Drivers License  as identification and who did/did not take an oath.

_____
NOTARY PUBLIC, State of Florida

My Commission Expires: 
Sandra W. ▒▒▒▒▒
Commission #DD7▒▒▒▒
Expires: MAY 16, 2012

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61427-Civ-Lenard/Garber

CATHY CARR-FOREMAN,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 21, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Post Office Box 569009
Miami, FL 33256-9009
Telephone: 305-358-7747
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF